FILED

10/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0395

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0395

ORIGINAL

L.B. individually and on behalf of D.B., a Minor,

Plaintiff and Appellant,

v.

UNITED STATES OF AMERICA; BUREAU OF
INDIAN AFFAIRS; DANA BULLCOMING,
agent of the Bureau of Indian Affairs sued in his
individual capacity,

Defendants and Appellees.

FILED

OCT 15 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Sandra Park of New York City, N.Y., has petitioned for permission to appear pro hac vice before this Court in the above-entitled cause.

Having reviewed the application and having determined that, as required by our Rules for Admission to the Bar of Montana, Petitioner is currently in good standing with another state jurisdiction in which Petitioner is admitted to the practice of law, Montana counsel listed in the application is in good standing with the State Bar of Montana, and this is the first appearance of Petitioner and the fourteenth appearance of Petitioner's firm under the pro hac vice rules, with good cause showing under Rule VI(C),

IT IS HEREBY ORDERED that the application of Sandra Park to appear pro hac vice in the above-entitled cause is GRANTED.

The Clerk is directed to provide copies of this order to Sandra Park, to all counsel of record in this appeal, and to the State Bar of Montana.

DATED this 15 day of October, 2021.

For the Court,

By _____
Chief Justice